

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00080-CR

Maximino Manuel **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12218
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:  Lori I. Valenzuela, Justice
     Lori Massey Brissette, Justice
     Adrian A. Spears II, Justice

Delivered and Filed: March 19, 2025

DISMISSED

The clerk's record in this appeal contains a *pro se* notice of appeal, which states appellant files "within thirty (30) days of sentencing having been imposed against [appellant] on the 08 day of January, 2025, in said cause . . . this written notice of appeal . . . ." The clerk's record does not contain anything dated January 8, 2025. Furthermore, appellant is still awaiting trial. Therefore, it appears this court lacks jurisdiction over this appeal. *See Nikrasch v. State*, 698 S.W.2d 443, 450

(Tex. App.—Dallas 1985, no pet.) ("The appellate court has no jurisdiction over the appeal of a cause without a copy of the judgment.").

On February 13, 2025, we issued an order requiring appellant to show cause no later than February 24, 2025, why this appeal should not be dismissed for lack of jurisdiction. On February 18, 2025, appellant's counsel filed a response representing appellant could not show any cause for this court to retain jurisdiction. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH